

1
2
3
4
5 JS-6
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ALEXANDER SOLONIN,<br><br>               Plaintiff,<br>vs.<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY; and<br>DOES 1 to 10, inclusive<br><br>               Defendants. | Case No.: 8:16-cv-2231 AG (KESx)<br><br><u>Assigned to:</u><br>District Judge Andrew J. Guilford<br>Magistrate Judge Karen E. Scott<br><br>Complaint Filed:  12/21/16<br>Trial Date:  2/27/18 (Vacated)<br><hr>JUDGMENT |



The Court, on or about June 18, 2018, after having reviewed Plaintiff Alexander Solonin's Motion for Attorneys' Fees and Costs (Docket No. 38) and the supporting declarations, exhibits and memorandum of points and authorities, Defendant Metropolitan Life Insurance Company's ("MetLife") opposition brief and supporting declarations and papers, Plaintiff's reply brief, and the pleadings and other papers on file in this action, and after a hearing on June 18, 2018, issued an Order Granting in Part Motion for Attorneys' Fees and Costs.  (Docket No. 41).

Pursuant to the above Order, judgment is hereby entered in Plaintiff's favor and against MetLife in the following amounts: $140,000.00 in attorneys' fees and $721.67 in costs.

IT IS SO ORDERED, ADJUDGED AND DECREED.


Dated: June 27, 2018

_____
United States District Court Judge
Andrew J. Guilford



Submitted By:

 Dated:  June 25, 2018                    McKENNON LAW GROUP PC


By: _____
ROBERT J. McKENNON
JOSEPH S. McMILLEN
Attorneys for Plaintiff Alexander
Solonin

1

McKENNON LAW GROUP PC

CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 20321 SW Birch St., #200, Newport Beach, California 92660; Fax 949-385-5165; E-mail address: dc@mckennonlawgroup.com.

I hereby certify that on June 25, 2018, I served the foregoing documents described as: [PROPOSED] JUDGMENT on the interested parties as follows:

| | |
|---|---|
| Jenny Wang<br>HINSHAW & CULBERTSON LLP<br>633 West Fifth Street, 47th Floor<br>Los Angeles, CA 90071<br>213-680-2800<br>213-614-7399 Fax | Attorneys for Metropolitan Life Insurance Company<br>☒ ECF Participant |

☒   **ECF/CM:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐   I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and caused such envelope(s) to be delivered by ☐ **FIRST-CLASS MAIL** ☐ **OVERNIGHT DELIVERY**.

☐   **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the notification electronic mail address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐   **FACSIMILE:** Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the notification facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

☐   **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the above is true and correct. Executed at Newport Beach, California on August 10, 2016.

NAME:          *Debi Cartee*
                              (Signature)